UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOUNIA EL-ARAR, as Personal Representative of the Estate of WAFAE EL-ARAR, NISRINE NAQQAD, as Personal Representative of the Estate of KAOUTAR NAQQAD, and ZINEB ELGHILANI, as Personal Representative of the Estate of IMANE MALLAH, <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL KAHAL RESORT LTD., FAIRHAVEN PROPERTIES, INC., MICHAEL FAIRBAIRN, WENDY FAIRBAIRN, DAVID FAIRBAIRN, JOHN DOE, JEFFREY MULHOLLAND, BELIZE METAL WORKS COMPANY LIMITED, STRUKTURE ARCHITECTS LIMITED, ANNA MARIA ESPAT, NAVIEN, INC., ANCA INTERNATIONAL CORPORATION, ANCA GLOBAL HOLDINGS LLC, GLOBAL CAPITAL MOBILITY, INC. and EXPEDIA, INC., <br><br> Defendants. | CIV. NO. 1:26-cv-10534 |

## **DEFENDANT EXPEDIA, INC.'S MOTION TO DISMISS**

Defendant Expedia, Inc. ("Expedia"), by and through its undersigned counsel, hereby moves this Honorable Court for an Order dismissing Counts X, XI, and XII of Plaintiffs' Complaint as to Expedia, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Succinctly stated, Plaintiffs claims should be dismissed pursuant to Rule 12(b)(6) because Plaintiffs have not alleged sufficient facts to support a finding that Expedia had a duty to warn of the danger posed by the water heaters of the Royal Kahal Beach Resort or the lack of functioning

carbon monoxide detectors at the resort. Plaintiffs allege no facts to suggest that Expedia affirmatively knew of the specific danger before the incidents at issue here occurred, that Expedia selected the resort at issue, or that Expedia knew of a danger unknown to the travelers.

For these reasons and as more fully articulated in Expedia's Memorandum of Law in Support of its Motion to Dismiss, Expedia respectfully prays that this Court dismiss Counts X, XI, and XII of Plaintiffs' Complaint as to Expedia and grant such further relief as is just and proper.

Dated: March 27, 2026

Respectfully Submitted,

**EXPEDIA, INC.**

By its Attorneys,

*/s/ Jed M. Nosal*
Jed M. Nosal, BBO# 634287
Michael K. Lane, BBO# 673501
Womble Bond Dickinson (US) LLP
470 Atlantic Avenue, Suite 600
Boston, MA 02210
(857) 287-3160
jed.nosal@wbd-us.com
michael.lane@wbd-us.com

Christopher W. Jones (N.C. State Bar No. 27265)
  *Pro Hac Vice forthcoming*
Mary Elizabeth Barksdale (N.C. State Bar No. 64499; D.C. Bar No. 90022302)
  *Pro Hac Vice forthcoming*
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2124
chris.jones@wbd-us.com
marybeth.barksdale@wbd-us.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), the undersigned counsel for Moving Defendants hereby certifies that they met and conferred with counsel for Plaintiffs by telephone on March 26, 2026 in a good-faith effort to resolve or narrow the issues raised by this Motion. For the Defendant, those present included Attorneys Jed Nosal and Michael Lane. For the Plaintiffs, those present included Attorney Louis Muggeo. Despite conferring, the parties were unable to narrow the areas of disagreement.

Dated: March 27, 2026

_/s/ Jed M. Nosal_
Jed M. Nosal

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be electronically sent to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 27, 2026.

_/s/ Jed M. Nosal_
Jed M. Nosal