UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:26-cv-10534

_____

MOUNIA EL-ARAR, as Personal Representative
of the Estate of WAFAE EL-ARAR, ET AL.

      Plaintiffs,

v.

ROYAL KAHAL RESORT LTD., ET AL.
      Defendants

_____

## MOTION TO EXTEND TIME FOR SERVICE OF PROCESS

**COME NOW** the Plaintiffs and respectfully move this Court pursuant to Fed. R. Civ. 4(m) and Local Rule 4.1 for an Order extending the time for service of process on Defendants Jeffrey Mulholland, Belize Metalworks Company Limited, Strukture Architects Limited and Anna Maria Espat through the Hague Convention and state as follows:

1.      On February 3, 2026, the Plaintiffs filed their Complaint in this action.

2.      Pursuant to Fed. R. Civ. P. 4(m), a plaintiff is required to complete service of process on a defendant within ninety (90) days.

3.      Upon information and belief, Defendants Jeffrey Mulholland, Belize Metalworks Company Limited, Strukture Architects Limited and Anna Maria Espat are located in the country of Belize.

4.      Belize is a signatory to the Hague Convention on Service Abroad of Judicial and Extrajudicial Documents. See 20 U.S.T 361.

5.      Where the Hague Convention applies, it provides the mandatory means for service of process. *See Schlunk v. Volkswagenwerk Aktiengesellscaft*, 486 U.S. 694 (1988).

6.      As set forth in the affidavit of Maria J. Gutierrez, which is attached hereto as **Exhibit A**, service of process through the Hague Convention on defendants located in Belize can take 6 to 12 months.

7.      Here good cause exists to allow Plaintiffs additional time to effectuate service, and the interests of justice will be served by the Court granting this motion.

**WHEREFORE,** the Plaintiffs respectfully request that this Honorable Court grant Plaintiff's Motion to Extend time for Service of Process as to Defendant's Jeffrey Mulholland, Belize Metalworks Company Limited, Strukture Architects Limited and Anna Maria Espat.

Respectfully submitted,
Plaintiffs
By Their Attorneys,

Dated: May 1, 2026

*/s/ Louis J. Muggeo*
Louis J. Muggeo, Esq.
LOUIS J. MUGGEO &
ASSOCIATES
133 Washington Street
Salem, MA  01970
(978) 741-1177
BBO #359220
lmuggeo@ljmassoc.com

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

On April 30, 2026, Counsel for Plaintiffs conferred and have attempted in good faith to resolve or narrow the issue with counsel of record for defendants pursuant to L.R. 7.1.

*/s/ Louis J. Muggeo*
Louis J. Muggeo, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026 the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants.

*/s/Louis J. Muggeo*

Louis J. Muggeo, Esq. (BBO #359220)