UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NUMBER: 1:26-cv-10534

MOUNIA EL- ARAR, as Personal Reprsentative
Of the Estate of WAFAE EL-ARAR,
NISRINE NAQQAD, as Personal Representative
Of the Estate of KAOUTAR NAQQAD, and
ZINEB ELGHILANI, as Personal Representative
of the Estate of IMANE MALLAH.
                    Plaintiffs,

ROYAL KAHAL RESORT LTD.,
FAIRHAVEN PROPERTIES INC.,
MICHAEL FAIRBAIRN
WENDY FAIRBAIRN,
DAVID FAIRBAIRN,
JOHN DOE,
JEFFREY MULHOLLAND,
BELIZE METAL WORKS COMPANY LIMITED,
STRUKTURE ARCHITECTS LIMITED,
ANNA MARIA ESPAT,
NAVIEN, INC.,
ANCA INTERNATIONAL CORPORATION,
ANCA GLOBAL HOLDINGS LLC,
GLOBAL CAPITAL MOBILITY, INC.
and EXPEDIA, INC.,
                    Defendant.

_____/

### DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME

**STATE OF FLORIDA**

**COUNTY OF MIAMI-DADE**

1. My name is Maria J. Gutierrez and I am the President of Judicial Process and Support, Inc.

2. Judicial Process and Support, Inc., is a process serving company authorized to serve service of process. Judicial Process and Support, Inc., has been in business since April 2000 and specializes in serving process internationally under The Hague Convention.

3. We were retained to serve legal documents upon ANA MARIA ESPAT, STRUKTURE ARCHITECTS

   LIMITED, BELIZE METAL WORKS COMPANY LIMITED, and JEFFREY MULHOLLAND.

4. Based on our experience the process under The Hague Convention for service to Belize could

   take from 6-12 months.

5. This affidavit is prepared and executed in anticipation that the attorney of record will need an

   extension of time.

Date: 4-28-2026

Maria J. Gutierrez, President of Judicial Process and Support, Inc.