UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 1:26-cv-10534

MOUNIA EL-ARAR, as Personal Representative of the Estate of WAFAE EL-ARAR, ET AL.

Plaintiffs,

v.

ROYAL KAHAL RESORT LTD., ET AL.

Defendants.

**ASSENTED-TO MOTION TO EXTEND DEADLINE TO FILE OPPOSITION OR OTHERWISE RESPOND TO MOTION TO DISMISS OF ROYAL KAHAL RESORT LTD. AND THE FAIRBAIRN DEFENDANTS**

Plaintiffs, with the assent of Royal Kahal Resort Ltd., Fairhaven Properties Inc., Michael Fairbairn, Wendy Fairbairn, David Fairbairn, (collectively the "Royal Kahal and the Fairbairn Defendants"), hereby move the Court to extend the time to file an opposition or otherwise respond to the motion to dismiss to September 24, 2026. In support thereof, Plaintiffs state as follows:

1. On August 24, 2026, Royal Kahal and the Fairbairn Defendants filed a Motion to Dismiss for Forum Non Conveniens and request for Judicial Notice (ECF 86).

2. The current deadline for Plaintiffs to respond to the motion to dismiss is September 7, 2026.

3. Plaintiffs' counsel requires additional time to investigate the facts and circumstances set forth in the motion to dismiss and formulate an opposition or other responsive pleading.

4. Counsel for the parties conferred by email on August 31, 2026 and Royal Kahal Resort Ltd.'s counsel assents to Plaintiffs' request to extend the deadline to September 24, 2026.

5. Neither the Court nor any party to this action will be prejudiced by granting this motion to extend.

WHEREFORE, the Plaintiffs with the assent of Royal Kahal Resort Ltd., respectfully request that the Court enter an Order extending the plaintiffs' opposition deadline to September 24, 2026.

Respectfully submitted, Plaintiffs
By Their Attorneys,

**SCOLARO LAW**

***/s/ William Thomas Rieder, Jr.***
William Thomas Rieder, Jr., Esq.
Florida Bar No. 0044834
1728 Coral Way, Suite 702
Miami, Florida 33145
(305) 424-2300
Billy@usinjury.law
Alejandra@usinjury.law
***Co-Counsel for Plaintiffs***

***/s/Louis J. Muggeo***________________
Louis J. Muggeo, Esq. (BBO #359220)
Jared J. Muggeo, Esq. (BBO #699190)
LOUIS J. MUGGEO & ASSOCIATES
133 Washington Street
Salem, MA 01970
(978) 741-1177
lmuggeo@ljmassoc.com
jared@ljmassoc.com
*Counsel for Plaintiffs*

Dated: September 8, 2026

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

On August 31, 2026, Counsel for Plaintiffs conferred and have attempted in good faith to resolve or narrow the issue with counsel of record for defendants pursuant to L.R. 7.1.

***/s/ William Thomas Rieder, Jr.***
William Thomas Rieder, Jr., Esq.

***/s/Louis J. Muggeo***
Louis J. Muggeo, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, the foregoing document was filed through the CM/ECF system which will send notification of such filing to all registered participants.

***/s/ William Thomas Rieder, Jr.***
William Thomas Rieder, Jr., Esq.

***/s/Louis J. Muggeo***
Louis J. Muggeo, Esq.